**CROSNER LEGAL, P.C.**
Brandon Brouillette, Esq (SBN 273156)
Craig W. Straub (SBN 249032)
Zachary M. Crosner (SBN 272295)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-763
Fax: (310) 510-6429
bbrouillette@crosnerlegal.com
craig@crosnerlegal.com
zach@crosnerlegal.com

Attorneys for Plaintiffs,
HARRIET GENEVIEVE ANYASULU
and ALINA ZHURAVEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIET GENEVIEVE ANYASULU and ALINA ZHURAVEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEALY ECOMMERCE, LLC, a Delaware Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 4:24-cv-03114-JSW<br><br>**NOTICE OF DEATH OF A NAMED REPRESENTATIVE PLAINTIFF**<br><br>Complaint Filed: April 18, 2024<br>Removal Date: May 22, 2024 |

Regretfully, Counsel for Plaintiffs hereby informs the court of the death of HARRIET GENEVIEVE ANYASULU, the first of the named class representatives in this class action lawsuit. A copy of the booklet distributed at her mass was discovered by her counsel online upon learning that she also went by the name Harriet Genevieve Nonye Anyafulu. The booklet reflects that Ms. Anyafulo passed on December 7, 2024 at Zuckerberg General Hospital in San Francisco, California. A copy of pages from the booklet obtained by counsel is attached as Exhibit 1.

Plaintiff ALINA ZHURAVEL and Defendant SEALY ECOMMERCE, LLC have reached a deal in principle to resolve her claims on an individual basis. However, before dismissing the lawsuit on behalf of both Plaintiffs the Parties agreed that pursuant to FRCP Rule 25 a Notice of Death should be filed on behalf of Plaintiff ANAYASULU. If a motion for substitution is not made within 90 days of the date of service of this Notice, her claims may be dismissed.

Dated: 4/17/2025                    **CROSNER LEGAL, P.C.**

　　　　　　　　　　　　　　　　　　 /s/Brandon Brouillette
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brandon Brouillette, Esq.
　　　　　　　　　　　　　　　　　　Craig W. Straub
　　　　　　　　　　　　　　　　　　Zachary Crosner, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which in turn sent notice to all counsel of record who are registered with that system.

**CROSNER LEGAL, P.C.**

/s/Brandon Brouillette
_____
Brandon Brouillette