# Exhibit 1



## Adieu! Harriet Genevieve Nonye Anyafulu



Sunrise: 10/12/85 - Sunset: 12/07/24

**Harriet Genevieve Nonyelum Anyafulu** was born on October 12, 1985 at Onitsha, Anambra State Nigeria to late Romaine, Augustine Amechi and Magdaline Amanda Nkechi Anyafulu. She passed on to eternity on December 7, 2024 at Zuckerberg General Hospital in San Francisco California.

Nonye received an Associate Degree in Liberal Studies from Chabot College Hayward, a Bachelor of Science in Healthcare Administration from Cal State University East Bay and was pursuing her master's degree before her premature death. Her career spanned from healthcare, planning, culinary arts to business management. Her greatest talent was in her work as a healthcare worker where she made a lasting impact on her patients and co-workers alike but her dream was to be a Michelin Star Chef, and she would have made it but for the cruel hand of death. Our Nonye was a bad ass cook, had a loving and generous spirit and a kind, infectious smile that mirrored her cautious, gentle mien. She was nurturing, loved deeply and wholly, and gave generously of her talent and treasure.

Nonye, as she was fondly called at home, is the oldest of five children raised by a formerly divorced and later widowed mother. This helped mold her nurturing personality because she had to help take care of her siblings. She loved and doted on her beloved daughter and her siblings, and they reciprocated in kind. With a heart of gold, quick wits, and a passion for life our Nonye loved people, saw good in all and most importantly loved God and tried to live a life that glorified God. She was adventurous, loved fashion in all its forms, music, good food- from Nigerian native to Asian fusion, American, French, you name it, she tried it; exotic arts and crafts; make up artistry. We have a room full of her makeup as proof.

Nonye is survived by her loving mother, Amanda Nkechi Anyafulu; her daughter, Ruby Anyafulu; four siblings - Daisy, Maureen, Ally and Anthony, numerous uncles, aunties, cousins and friends. She was preceded in death by her father. She leaves a deep void that nothing can ever fill. God rest your gentle soul in perfect peace, my beloved daughter- you now belong to the ages. You fought the good fight, you kept the faith, you finished the race. Now there is in store for you, the crown of righteousness, that Lord, the righteous Judge will bestow on you.

Nonye's homecoming service will hold at Queen of Heaven Cemetry in Lafayette, CA, at 10 am, January 18, 2025. As the popular Elton John song "Candle in the Wind," Nonye, your candle burned out long before your legend ever did. We love you but God loves you most. Sleep on, beloved.

## INTRODUCTORY RITES

**GREETING** (at the door of the church) (stand)

**Priest:** May the Father of mercies, the God of all consolation, be with you.

**All:** And with your spirit.

**Priest:** SPRINKLING WITH HOLY WATER :

**Requiem:** Deacon

Introit . 4 Esdr.2,34,35

*Requiem æternam dona eis, Domine, et lux perpetua luceat eis. Te decet hymnus Deus, in Sion, et tibi reddetur votum in Ierusalem. Exaudi orationem meam; ad te omnis caro veniet. Requiem æternam dona eis, Domine, et lux perpetua luceat eis.*

*Eternal rest grant unto them, O Lord, and let perpetual light shine upon them. A hymn becometh thee, O God, in Zion, and unto thee a vow shall be repaid in Jerusalem. Hear my prayer; unto thee all flesh shall come. Eternal rest grant unto them, O Lord, and let perpetual light shine upon them*

**ENTRANCE PROCESSION**: All To Jesus (I Surrender)

All to Jesus I surrender, All to Him I freely give, I will ever love and trust Him

In His presence daily live, All to Jesus I surrender, Only at Your feet I bow

Worldly pleasures all forsaken, Fill me with Your love and power

I surrender all, I surrender all, (Twice) All to You, my blessed Savior

I surrender all

All to You, my blessed Savior I surrender all

**PLACING OF CHRISTIAN SYMBOLS (Book of the Gospels or Bible)**

**Priest:** In life Harriet cherished the Gospel of Christ. May Christ now greet her with these words of eternal life:   **All:** Come, blessed of my Father!

**Cross**

**Priest:** In baptism **Harriet** received the sign of the Cross.

**All:** May she now share in Christ's victory over sin and death.

**Rosary Beads**

**Priest:** In life Harriet prayed the mystery of Christ through the Rosary.

**All:** May Christ now welcome her to the throne of grace.

**COLLECT**

**Priest:** Almighty God and Father, it is our certain faith that your Son, who died on the Cross, was raised from the dead, the first-fruits of all who have fallen asleep. Grant that through this mystery your servant Harriet, who has gone to her rest in Christ, may share in the joy of his resurrection.

We ask this through our Lord Jesus Christ, your Son, who lives and reigns with you and the Holy Spirit, one God, for ever and ever.

**All:** Amen